CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.

DAVID R. ZARO (BAR NO. 124334)
RYAN T. WAGGONER (BAR NO. 251694)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
T: 213.622.5555 -- E: rwaggoner@allenmatkins.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>DIANE J. BEALL<br><br>                         Debtor. | BANKRUPTCY NO. 10-16454-LT13 |
| DIANE J. BEALL,<br><br>                         Plaintiff(s) | ADVERSARY NO. 11-90028-LT |
| v.<br>ONEWEST BANK, FSB, etc., et al.,<br><br>                         Defendants(s) | Date of Hearing: July 12, 2011<br>Time of Hearing: 10:00 a.m.<br>Name of Judge: Hon. Laura S. Taylor |

## ORDER ON

MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]

        IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. ___7___

//

//

//

//

DATED:                                    _____
                                          Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

ALLEN MATKINS et al.
(Firm name)

By: Ryan T. Waggoner
    Attorney for ☑ Movant ☐ Respondent

CSD 3000A

CSD 3000A [11/15/04] **(Page 2)**
ORDER ON MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE▪
DEBTOR: DIANE J. BEALL

CASE NO.: 10-16454-LT13
ADV. NO.: 11-90028-LT

The Motion to Dismiss filed by Defendant OneWest Bank, FSB ("OneWest") came on for hearing, as scheduled.  After consideration of the papers filed by the parties and good cause appearing therefore, the Court finds as follows:

1. OneWest's Motion to Dismiss is GRANTED, in its entirety; and
2. Plaintiff's Adversary Complaint is hereby DISMISSED, with prejudice.