NRO
09/08

# United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

| | |
|---|---|
| Diane J. Beall<br><br>Debtor(s) | BANKRUPTCY NO. 10–16454–LT13 |
| Diane J. Beall<br><br>Plaintiff(s) | ADVERSARY NO. 11–90028–LT |
| v.<br>ONEWEST BANK, FSB et al.<br><br>Defendant(s) | |

**Memo re Order: Request for further documentation or further action**

Your proposed order **Order on Motion to Dismiss Adversary Complaint for Failure to State a Claim** will not be signed as submitted.

**ACTION TAKEN BY COURT**

☑ Aty/Debtor(Pro Se)/Movant contacted on **2/22/11**

via      ☐ Tel/Voice Mail      ☑ Email      ☑ Mail or Other

**ACTION REQUIRED BY FILER**

Order will need to be resubmitted with any changes or after any required actions.

**ADDITIONAL INFORMATION:**   **Order is premature. Please resubmit after hearing.**

**Thank you.**

Dated: 2/22/11

Barry K. Lander
Clerk of the U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: sdahl              Page 1 of 1              Date Rcvd: Feb 22, 2011
Case: 11-90028                Form ID: nro             Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 24, 2011.
aty          +Ryan  T Waggoner,   Allen Matkins,   515 South Figueroa Street, 9th Floor,
              Los Angeles, CA 90071-3301

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2011**                    Signature:  _Joseph Speetjens_